Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for JEREMY RAYMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>   vs.<br><br>JEREMY RAYMER,<br><br>                  Defendant. | Case No. CR 04-0309 CRB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE SELF-**<br>**SURRENDER DATE** |
|---|---|

    Defendant Jeremy Raymer, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Christopher J. Steskal, hereby stipulate and agree as follows:

    1)    On September 27, 2006, Defendant Jeremy Raymer was sentenced and ordered to surrender on December 4, 2006.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2)     In order to permit Mr. Raymer to put his affairs in order and to allow Mr. Raymer to spend the holidays with his family, the parties agree that his self-surrender date should be continued until January 15, 2007.

IT IS SO STIPULATED.

Dated: November 15, 2006            /s/
                                    EDWARD W. SWANSON
                                    Swanson, McNamara & Haller LLP
                                    Attorney for Defendant JEREMY RAYMER

Dated: November 15, 2006            /s/
                                    CHRISTOPHER J. STESKAL
                                    Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November 15, 2006           _____
                                    CHARLES R. BREYER
                                    UNITED STATES DISTRICT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**STIP. AND [PROPOSED] ORDER CONTINUING SELF-SURRENDER**
*United States v. Raymer*, Case No. CR 04-0309 CRB

2