Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for JEREMY SCOTT RAYMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JEREMY SCOTT RAYMER, *et al.*,<br><br>　　　　　　Defendants. | Case No. CR 04-0309 CRB<br><br>**STIPULATION AND [PROPOSED]　<br>ORDER MODIFYING JEREMY<br>RAYMER'S CONDITIONS OF RELEASE** |

**STIPULATION**

On November 19, 2004, Jeremy Raymer was released on bail in the above-captioned matter. One of the conditions of his release was that he not travel outside of the Northern District of California without court-ordered permission. Mr. Raymer's self-surrender date is scheduled for January 15, 2007.

Mr. Raymer has requested that he be allowed to travel to South Lake Tahoe, CA between December 27, 2006 and January 3, 2007. United States Pretrial Services Officer Betty Kim has no objections to this request if Mr. Raymer provides her with an itinerary before departing.

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, the parties HEREBY STIPULATE that the release conditions for Jeremy Raymer in the above-captioned case may be modified to permit his travel to South Lake Tahoe, CA between December 27, 2006 and January 3, 2007.

IT IS SO STIPULATED.

Dated:      December 19, 2006                       /s/
Edward W. Swanson
Swanson, McNamara & Haller LLP
Counsel for JEREMY RAYMER

Dated:      December 19, 2006                       /s/
Christopher Steskal
Assistant United States Attorney

## ORDER

Good cause appearing therefor, and upon the stipulation of the parties, the Court HEREBY ORDERS that the release conditions for Jeremy Raymer in the above-captioned case are modified to permit his travel to South Lake Tahoe, CA between December 27, 2006 and January 3, 2007.

IT IS SO ORDERED.

Dated:      DECEMBER 20, 2006
NANDOR J. VADAS   BERNARD ZIMMERMAN
United States District Court Magistrate Judge

**STIP. AND [PROPOSED] ORDER RE: RELEASE CONDITIONS**
*United States v. Raymer*, CR 04-0309 CRB                2